MURPHY v. GLAFENHEIN

No. 329P93

Case below: 110 N.C.App. 830

Motion by defendant Glafenhein to dismiss appeal by defendant Manning for lack of substantial constitutional question allowed 7

October 1993. Petition by defendant Manning for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993. Petition by defendant Glafenhein for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.